# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| VARIEN LAMONT FORD, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 5:22-cv-370-ACA-GMB |
| JEFFERY BALDWIN, *et al.*, | ) ) ) |
| Respondents. | ) |

## ORDER

On May 24, 2022, the magistrate judge recommended that the court dismiss this action for Petitioner Varien Lamont Ford's failure to prosecute his claims. (Doc. 6). Although the magistrate judge advised Mr. Ford that he had fourteen days to file objections (doc. 6 at 2), Mr. Ford has not submitted any objections.

Accordingly, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court **WILL DISMISS** this action **WITHOUT PREJUDICE** for Mr. Ford's failure to prosecute his claims.

The court will enter a separate final order.

**DONE** and **ORDERED** this June 27, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE